IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:17-cv-00392 |
| | ) | Judge Trauger |
| EASTERN LEGAL SERVICES, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On July 6, 2017, the magistrate judge issued a Report and Recommendation (Docket No. 39), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by defendants 33Wireless, Inc. And Luis Martinez (Docket No. 35) is GRANTED, and the claims against these two defendants are DISMISSED with prejudice.

The claims against all other defendants are DISMISSED without prejudice for failure to timely serve service of process. The Clerk shall close this file.

It is so **ORDERED**.

ENTER this 14th day of August 2017.

_____
ALETA A. TRAUGER
U.S. District Judge