UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Craig Cunningham

                                      Plaintiff,

v.                                                        Case No.: 3:17–cv–00392

Gregory Charles Mitchell, et al.

                                      Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/15/2017 re [40].

                                                                Keith Throckmorton, Clerk
                                                         s/ Angie Brewer, Deputy Clerk